**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Diane Sorola
Attorney at Law
402 W. Convent St.
Lafayette LA 70501

**REHEARING ACTION: June 25, 2014**

**Docket Number: 13   01043-CA**

**WESTON P. MILLER**
**VERSUS**
**CATHY BROUSSARD MILLER**

**Appealed from Vermilion Parish Case No. 95131**

**BEFORE JUDGES:**

    Hon. Elizabeth A. Pickett
    Hon. James T. Genovese
    Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Weston P. Miller, III** has this day been

    **DENIED.**

cc: Gabe A. Duhon, Counsel for the Appellee